# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:03-cr-00036-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DEBORAH FAYE LEE, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>BROMLEY PLASTICS CORP., )<br>)<br>Garnishee. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Writ of Continuing Garnishment [Doc. 37].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Dismissal [Doc. 37] is **GRANTED**, and the Writ of Continuing Garnishment filed in this case against the Defendant Deborah Faye Lee is **DISMISSED**.

**IT IS SO ORDERED.**

Signed: May 11, 2015

Martin Reidinger
United States District Judge